79,030-01

10-26-2015 (date)

COURT OF CRIMINAL APPEALS OF TEXAS
Mr. Abel Acosta, Clerk
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 30 2015

Abel Acosta, Clerk

PLEASE FORWARD

Dear Mr. Acosta:

"Greetings!" My name is JAMES EDWARD ECHOLS, and I am an inmate at the MARK W STILES UNIT at BEAUMONT, TEXAS. I am writing to you asking who was my Appellate attorney on CAUSE NO. WR-79,030-01. Also I am unware of who file any case.

Please let me know if you have any questions, etc. I look forward to hearing from you.

Thank you for your time.

Sincerely,
JAMES EDWARD ECHOLS #1757036
Segreation unit (Seg) 12FE-58cell

CC-